ELIZABETH V. MCNULTY (SBN 192455)
Email: emcnulty@efsmmlaw.com
JOSHUA D. COOLS (SBN 319531)
Email: jcools@efsmmlaw.com
R. DALLIN SOPP (SBN 324571)
Email: dsopp@efsmmlaw.com
EVANS FEARS SCHUTTERT MCNULTY MICKUS
1 Park Plaza, Suite 500
Irvine, CA 92614
Telephone: (949) 301-9464
Facsimile: (949) 966-0706
E-Service: efsmmfordconsumer@efsmmlaw.com

Attorneys for Plaintiff
MONOPRICE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOPRICE INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADTEK LIMITED GROUP,<br><br>Defendant. | Case No. 8:24-cv-00108-CJC-DFM<br><br>**MONOPRICE'S NOTICE OF VOLUNTARY DISMISSAL** |

**TO THE COURT, AND CLERK OF RECORD:**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff MONOPRICE INC., hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Adtek Limited Group. Please note that Defendant has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff requests that the Court vacate any upcoming hearings, deadlines, and dismiss this action without prejudice.

Dated: April 22, 2024

EVANS FEARS SCHUTTERT MCNULTY MICKUS

Elizabeth V. McNulty

Elizabeth V. McNulty
Joshua D. Cools
R. Dallin Sopp
Attorneys for Defendant
MONOPRICE, INC